JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE LUIS GUTIERRIZ-BLANDON,<br><br>              Plaintiff,<br><br>          v.<br><br>CATHERINE M. PAPOI, Department of Homeland Security, Deputy Chief FOIA Officer, Director, Disclosure & FOIA Privacy Office; JILL EGGLESTON, Citizenship and Immigration Services, FOIA Officer, FOIA/PA Program; CATRINA PAVLIK-KEENAN, Immigration and Customs Enforcement; CECELIA M. ESPINOZA Sr., Associate General Counsel, Executive Office for Immigration Review; ERIC J. HOLDER, Jr., United States Attorney General,<br><br>              Defendants. | No. C 09-1552 CRB<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER** |

    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of time within which the Defendants must serve its answer in the above-entitled action. The Defendants will file their answer on or before July 27, 2009.

///

///

Stipulation to Extend
C09-1552 CRB                                                  1

| | | |
|---|---|---|
| 1 | Dated: June 30, 2009 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____<br>ILA C. DEISS[1] |
| 6 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 7 | | |
| 8 | Dated: June 30, 2009 | _____/s/_____<br>TERESA SALAZAR COSMOS |
| 9 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   July 6, 2009          _____
                              CHARLES R. BREYER
                              United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — stamp: IT IS SO ORDERED, Judge Charles R. Breyer]*

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Stipulation to Extend
C09-1552 CRB                           2