Teresa Salazar-Cosmos (CA#194050)
IMMIGRATION PRACTICE GROUP APC
555 Clay Street
San Francisco, CA  94111
Tel: (415) 398-3852
Fax: (415) 296-8730

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE LUIS GUTIERREZ-BLANDON,<br><br>Plaintiff,<br>vs.<br><br>CATHERINE M. PAPOI, Department of Homeland Security, Deputy Chief FOIA Officer, Director, Disclosure & FOIA The Privacy Office,<br>JILL EGGLESTON, Citizenship and Immigration Services, FOIA Officer, FOIA/PA Program,<br>CATRINA PAVLIK-KEENAN, Immigration And Customs Enforcement,<br>CECELIA M. ESPENOZA, Sr. Associate General Counsel, Executive Office for Immigration Review,<br>ERIC H. HOLDER, JR., United States Attorney General,<br><br>Defendants. | Case No.: C 09-1552 CRB |

### JOINT STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS AND INJUNCTIVE RELIEF UNDER THE FREEDOM OF INFORMATION ACT AND [PROPOSED] ORDER

COME NOW, Jose Luis Gutierrez-Blandon, Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, as follows:

1.	A Complaint for Writ in the Nature of Mandamus and Injunctive Relief in the above-entitled case was filed on April 8, 2009 with the United States District Court for the Northern District.

2.	Plaintiff and Defendants hereby stipulate to dismiss the instant cause of action with prejudice. The parties shall bear their own costs and fees.

**IT IS SO STIPULATED.**

                                                Respectfully submitted,

                                                IMMIGRATION PRACTICE GROUP, P.C.

DATED: OCTOBER 5, 2009          /Teresa Salazar-Cosmos/
                                                TERESA SALAZAR COSMOS
                                                Counsel for Plaintiff

DATED: OCTOBER 5, 2009          /Ila C. Deiss/
                                                ILA C. DEISS
                                                Assistant U.S. Attorney
                                                Attorney for Defendants

## **ORDER**

Petitioner's Petition for Writ in the Nature of Mandamus and Injunctive Relief is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 6, 2009



CHARLES R. BREYER
U.S. District Court Judge